IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| William A White<br><br>   Plaintiff<br><br>v.<br><br>United States of America, et al<br><br>   Defendant | Case No: GLR-23-1614 |

FILED ___ ENTERED
LOGGED SCS RECEIVED
JUN 26 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

## NOTICE OF APPEAL

Comes Now the Plaintiff, William A White, and I hereby Note my Appeal of the Court's Order of May 10, 2024 (Doc 26) to the Fourth Circuit Court of Appeals this 21st day of June 2024.

William A White #13888-084
FCI-Cumberland
PO Box 1000
Cumberland, MD 21501

-1-

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Appeal was mailed to the Clerk of the Court, 1ST Class Postage Prepaid, this 21ST day of June, 2024.

_____

William A. White